STATE OF NEW JERSEY v. JOSEPH CLAY.

July 11, 1989.

Petition for certification granted.   (See 230 *N.J.Super.* 509)

STATE OF NEW JERSEY v. JULIO SALINAS.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO CELIZ.

July 11, 1989.

Petition for certification denied.

C.B. SNYDER REALTY INC. v. BMW OF NORTH AMERICA, INC.

July 11, 1989.

Petition for certification denied.   (See 233 *N.J.Super.* 65)